AO 91 (Rev. 11/11) Criminal Complaint

Eastern District of Kentucky
**FILED**
Oct - 31 2025
Robert R. Carr
Clerk, U.S. District Court

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

United States of America
v.
Felix Samuel FLORES-Novas
a.k.a. Felix Flores
a.k.a. Samuel Flores

*Defendant(s)*

Case No. 2:25-MJ-2584-CJS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

From on or about the date(s) of Oct. 1, 2024 through present, in the county of Kenton in the Eastern District of Ky., and elsewhere, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 21 U.S.C. § 846 | Conspiracy to Commit an Offense under Title 21, predicated on a violation of 21 U.S.C. § 841(a)(1), Distributing or Possessing Controlled Substances with the Intent to Distribute |

This criminal complaint is based on these facts:

See affidavit of Postal Inspector Andrew Pinney-Tourtellotte, incorporated by refereince herein and

☑ Continued on the attached sheet.

Andrew Pinney-Tourtellotte by CJS w/ permission
*Complainant's signature*

Andrew Pinney-Tourtellotte, USPIS Postal Inspector
*Printed name and title*

The Complainant swore to the Complaint by FaceTime, and it was signed for the Complainant with consent, the process complying with Federal Criminal Rule 4.1 and 4(d), the Court having received the Complaint, and having transmitted the Arrest Warrant, by email.

Date: October 31, 2025

**Signed By:**
***Candace J. Smith*** CJS
**United States Magistrate Judge**
*Judge's signature*

City and state: Covington, Kentucky

Candace J. Smith, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Andrew Pinney-Tourtellotte, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I, Andrew Pinney-Tourtellotte am employed as a Postal Inspector with the United States Postal Inspection Service ("USPIS"). I am a law enforcement officer of the United States within the meaning of Title 18 United States Code, Section 2510(7). I am therefore empowered to conduct investigations into violations of Titles 18 and 21, United States Code. I have been employed with USPIS since October of 2024 and have been assigned to the USPIS Dulles, Virginia Domicile as a Postal Inspector since then. I am currently assigned to the Dulles, Virginia Contraband Interdiction and Investigations Team for the USPIS Washington Division. I was originally employed as a Postal Inspector in September 2016 through August 2023, then returned to USPIS in October 2024, after being employed by the United States Department of Justice, Office of Inspector General, as an Assistant Special Agent in Charge. During my initial employment with USPIS, I attended Basic Inspector Training, which covered various aspects of federal law enforcement, including the investigation of narcotics-related offenses and other crimes associated with the U.S. Mail. Prior to being a Postal Inspector, I was employed as a local and state law enforcement officer in North Carolina. I have approximately ten years of experience as a local and state law enforcement officer prior to my federal service. In connection with my duties and responsibilities as a Postal Inspector, I have received extensive training and have been involved in numerous investigations of individuals who derive substantial income from the importation, manufacture, distribution, and sale of marijuana, cocaine, heroin,

methamphetamine, and other illicit controlled substances. I am familiar with the techniques and methods used by drug traffickers to conceal, transport, and process illegal drugs and drug proceeds in the form of United States Currency.

2. I have personally participated in the investigation set forth below and am familiar with the facts and circumstances of the investigation through my personal participation and from discussions with other law enforcement officers involved in the investigation. Because this affidavit is being submitted for the limited purpose of securing authorization to obtain an arrest warrant and criminal complaint charging Felix Samuel FLORES-Novas ("FLORES") with conspiring to distribute methamphetamine in violation of 21 U.S.C. § 846, I have not included details of every aspect of this investigation.

3. In December 2024, USPIS began investigating a cyber-enabled narcotics vendor referred to herein as the Subject Drug Trafficking Organization ("SUBJECT DTO"). SUBJECT DTO is suspected to distribute a variety of illegal controlled substances throughout the United States via the United States Postal Service ("USPS"). SUBJECT DTO offers the sale of Schedule I, II, and IV drugs from online platforms such as Protonmail, Telegram, and its own websites. The USPS parcels suspected to be associated with SUBJECT DTO often originated from the Austin, Texas area.

4. In February of 2025, USPIS conducted an undercover ("UC") purchase of methamphetamines from SUBJECT DTO. I later received a parcel bearing tracking number ending #9316 ("UC BUY 1"), which contained approximately 15 gross grams of field-tested methamphetamines. Lab testing of the contents of this parcel confirmed the presence of methamphetamine. Based on a review of USPS records related to UC BUY 1, I am aware that

the parcel was mailed from Austin, TX, and the postage was paid through an electronic postage[1] ("ePostage") meter account associated with email account "clauneckg@protonmail.com," and customer identification number ending #573 ("TARGET METER 1").

5. Law enforcement obtained records under valid legal process from Pirate Ship related to the TARGET METER 1. One of the phone numbers associated TARGET METER 1 was (512) 998-0498. According to records obtained under valid process, AT&T provides service to this phone number, and the AT&T account registered to this number is in the name of Felix FLORES. Records showed the names and addresses associated with the TARGET METER 1, one of which was a female located at 9008 Glenn Lane, Austin, TX 78753 ("SUSPECT ADDRESS 1"). Additionally, an email address samuelf1414@yahoo.com was associated to TARGET METER 1, which, based on USPS records, is associated with the name Samuel FLORES at SUSPECT ADDRESS 1.

6. In April of 2025, SUBJECT DTO stopped using the TARGET METER 1. Law enforcement identified a new ePostage meter in use by SUBJECT DTO. The new meter was registered to customer identification number ending #610 ("TARGET METER 2")[2].

7. In May of 2025, law enforcement made a UC purchase from SUBJECT DTO. Later the same month, law enforcement received the order in Covington, KY, location within the Eastern District of Kentucky, which contained counterfeit Oxycodone, Xanax, and Adderall

---

[1] Electronic postage or ePostage allows persons and businesses to pay for and print postage labels from anywhere. ePostage parcels can be mailed from any location that accepts U.S. Mail, including mail collection boxes without interacting with USPS employees.

[2] Through prior shipment analysis and UC purchases, law enforcement has been able to identify and associate parcels from TARGET METER 2 to SUBJECT DTO.

tablets. Based on USPS records, I am aware that this package also shipped from Austin, TX and was associated with TARGET METER 2.

8. In June of 2025, I conducted surveillance at SUSPECT ADDRESS 1. For two consecutive days, I observed a silver Chevrolet truck ("TARGET VEHICLE") parked in the front yard of SUSPECT ADDRESS 1. Based on Texas motor vehicle records, the TARGET VEHICLE is registered to two males[3] with the listed address of SUSPECT ADDRESS 1, one of whom was FLORES.

9. That same week, I intercepted a USPS parcel bearing tracking number ending #9720 ("PARCEL #9720") from California addressed to a name at SUSPECT ADDRESS 1. A review of law enforcement databases showed that the addressee on the package was not associated with the SUSPECT ADDRESS 1, and therefore is a suspected fictitious name. Pursuant to a lawfully obtained search warrant, on June 23, 2025, PARCEL #9720 was opened by law enforcement and was found to contain approximately three pounds of suspected counterfeit Adderall tablets. The counterfeit tablets seized from the PARCEL #9720 appeared similar in color, shape, and markings to prior UC purchases received by law enforcement in Kentucky and elsewhere. Lab results confirmed the counterfeit Adderall tablets contain methamphetamines.

10. Based on a review of USPS records from TARGET METER 2 concerning parcels suspected to be associated with SUBJECT DTO, law enforcement identified the Bluebonnet Post Office, located at 1822 West Braker Lane, Austin, TX, as a consistent location where SUBJECT

[3] Based on a review of law enforcement databases, only one of the two registered owners of the TARGET VEHICLE appear to have had a valid driver's license. I reviewed the associated driver's license photograph, and law enforcement has determined that other registered owner is the stepfather of FLORES. Physical and technical surveillance conducted by law enforcement has not observed or identified any other drivers of the TARGET VEHICLE other than FLORES.

DTO was mailing suspected narcotics parcels. I reviewed video surveillance footage from the Bluebonnet Post Office related to these mailings from multiple dates and times.

11. I reviewed the video from Bluebonnet Post Office from June 28, 2025. In the video, a male subject, later identified by law enforcement as FLORES, was seen mailing multiple parcels in the lobby of the Post Office in the parcel drop box at approximately 4:09 PM. Approximately one-minute later, the TARGET VEHICLE was seen in the video leaving the Post Office parking lot. Based on a review of the records related to TARGET METER 2, the parcels dropped by FLORES are suspected SUBJECT DTO parcels; they were scanned as “accept or pickup” at approximately 4:16 PM.




12. I reviewed the video from Bluebonnet Post Office from June 30, 2025. I observed the TARGET VEHICLE arrive and park outside the Post Office at approximately 6:39 PM. FLORES walked inside and mailed multiple parcels in the lobby of the Post Office in the parcel drop box at approximately 6:39 PM. At approximately 6:41 PM, the TARGET VEHICLE left the Post Office parking lot. Based on a review of the records related to TARGET METER 2, the

parcels dropped by FLORES are suspected SUBJECT DTO parcels and were scanned as "accept or pickup" on July 1, 2025.[4]




13. I reviewed the video from Bluebonnet Post Office from July 8, 2025. I observed the TARGET VEHICLE arrive and park outside the Post Office at approximately 12:59 AM. FLORES walked inside and mailed multiple parcels in the lobby of the Post Office in the parcel drop box at approximately 1:00 AM. At approximately 1:02 AM, the TARGET VEHICLE left the Post Office parking lot. During the review of the video, I found the TARGET VEHICLE returned to the Post Office later the same date at approximately 9:52 PM. After arriving, FLORES exited the TARGET VEHICLE and opened the left rear door. At approximately 9:54 PM, FLORES walked into the Post Office and mailed a parcel or multiple parcels. At approximately 9:55 PM, the TARGET VEHICLE left the Post Office parking lot. Based on a review of the records related to TARGET METER 2, the parcels dropped by FLORES are

[4] The Bluebonnet Post Office closes at 5:00 PM, but customers can mail pre-posted parcels from the lobby drop boxes 24 hours a day.

suspected SUBJECT DTO parcels and were scanned as "accept or pickup" on July 9, 2025.




14. I reviewed the video from Bluebonnet Post Office from July 10, 2025. I observed the TARGET VEHICLE arrive and park outside the Post Office at approximately 9:02 PM. FLORES walked inside and mailed multiple parcels in the lobby of the Post Office in the parcel drop box at approximately 9:03 PM. Prior to leaving the lobby, FLORES took a large stack of USPS boxes or envelopes[5] and exited the Post Office. At approximately 9:05 PM, the TARGET VEHICLE left the Post Office parking lot. Based on a review of the records related to TARGET METER 2, the parcels dropped by FLORES are suspected SUBJECT DTO parcels and were scanned as "accept or pickup" on July 11, 2025.

[5] USPS boxes and envelopes are available for free to the public in Post Offices.




15. I reviewed the video from the Bluebonnet Post Office from July 30, 2025. I observed FLORES mailing parcels in the lobby drop box at approximately 12:07 AM. At approximately 12:08 AM, the TARGET VEHICLE backed away from the Post Office, to exit from the entrance of the Post Office parking lot. Based on a review of the records related to TARGET METER 2, the parcels dropped by FLORES are suspected SUBJECT DTO parcels and were scanned as "accept or pickup" on July 30, 2025.




16. On August 6, 2025, the Honorable Mark Lane, United States Magistrate Judge for the Western District of Texas, signed a search warrant authorizing the use of a GPS tracker for 45 days on TARGET VEHICLE. *See In the Matter of the Tracking of 2015 Chevrolet Silverado, Bearing Texas License Plate Number RWT4459 and VIN 3GCPCREC2FG118360*, 1:25-MJ-00755 (W.D. Tx. Aug. 6, 2025). Law enforcement obtained GPS data from the TARGET VEHICLE for a period of August 16, 2025, until September 20, 2025. Using the data derived from this warrant, along with physical surveillance, law enforcement identified another address of relevance that FLORES frequently visited near the time he also made drops at a post office, at 1800 E. Stassney Lane, APT 334, Austin, TX 78744 ("SUSPECT ADDRESS 2").

17. On August 20, 2025, GPS tracker data showed that TARGET VEHICLE departed SUSPECT ADDRESS 1 at approximately 10:42 a.m. and drove to SUSPECT ADDRESS 2. Law enforcement observed the TARGET VEHICLE at SUSPECT ADDRESS 2. At approximately 3:07 p.m., law enforcement observed FLORES walking from the area of SUSPECT ADDRESS 2 towards the TARGET VEHICLE, carrying white/silver bags. GPS data showed, and physical

surveillance observations confirmed, that the TARGET VEHICLE then moved towards the Congress Post Office located at 3903 S Congress Avenue, Austin, TX 78704. Shortly after, the TARGET VEHICLE arrived at the Congress Post Office, as confirmed by physical surveillance. Video surveillance later obtained from this post office confirmed FLORES mailed multiple parcels in the lobby. After FLORES left the area, law enforcement seized a USPS parcel bearing tracking number ending #8494 ("PARCEL #8494").




18. A short time later, video surveillance indicated FLORES departed the post office in the TARGET VEHICLE and traveled to a second post office, located at 4516 Burleson Rd, Austin, Texas. At this location, another investigator observed FLORES enter the post office carrying a white plastic bag, place items inside a mail drop, and depart the post office with the empty white plastic bag. Moments later, FLORES departed the area in the TARGET VEHICLE.





Based on data related to TARGET METER 2 and USPIS observations, it is evident that FLORES mailed out approximately 16 SUBJECT DTO parcels from two different post offices that day.

19. On September 24, 2025, pursuant to a federally authorized warrant, investigators opened PARCEL #8494, which was found to contain methamphetamines. Lab results confirmed substance seized from PARCEL #8494 to be methamphetamines.




20. On August 21, 2025, GPS tracker data showed the TARGET VEHICLE departed SUSPECT ADDRESS 1 at approximately 10:12 a.m. and drove to SUSPECT ADDRESS 2.

Law enforcement observed the TARGET VEHICLE at SUSPECT ADDRESS 2. At approximately 12:19 p.m., law enforcement observed FLORES walking from the area of SUSPECT ADDRESS 2 towards the TARGET VEHICLE. FLORES moved the TARGET VEHICLE within the parking lot of SUSPECT ADDRESS 2, but did not leave the area for several hours. At approximately 3:47 p.m., other investigators observed FLORES, carrying several white bags and walk from TARGET PROPERTY 2 to the TARGET VEHICLE. Another investigator observed FLORES open and close the rear door and enter the driver's seat. At approximately 3:51 p.m., the other investigator observed FLORES move the TARGET VEHICLE several parking spaces down and park again. At approximately 5:30 p.m., I drove through the parking area near SUSPECT ADDRESS 2, and observed FLORES sitting in the TARGET VEHICLE, and he appeared to be on his cellular phone.

21. At approximately 5:53 p.m., GPS data showed and physical surveillance confirmed the TARGET VEHICLE moving towards the Southeast Post Office located at 4516 Burleson Road, Austin, TX 78744. I drove ahead of the TARGET VEHICLE to conduct surveillance from within the Southeast Post Office. Shortly after, the TARGET VEHICLE arrived at the Southeast Post Office, I observed FLORES drop approximately 15 parcels through the mail drop located in the lobby of the Southeast Post Office. After FLORES left the area, I seized a USPS parcel bearing tracking number ending #4773 ("PARCEL #4773").

22. Pursuant to federally authorized search warrant, on September 17, 2025, investigators opened PARCEL #4773, which was found to contain methamphetamines. Lab results confirmed substance seized from PARCEL #4773 to be methamphetamines.

23. In September of 2025, USPIS postal inspectors intercepted a USPS parcel shipped from California to SUSPECT ADDRESS 1. Pursuant to a lawfully obtained search and seizure warrant was issued by the Western District of Texas, the parcel was opened on September 24, 2025 by law enforcement and was found to contain approximately 481 grams of psilocybin mushrooms. Lab results confirmed the presence of psilocin.

24. Methamphetamine is a Schedule II narcotic under the Controlled Substances Act; Psilocin is a Schedule 1 narcotic. Possession and distribution of the same, with the intent to distribute, violate 21 U.S.C. § 841(a)(1). Because some of the narcotics seized by law enforcement were counterfeit, FLORES also violated 21 U.S.C. § 331. As demonstrated above, FLORES received packages containing the narcotics, and then subsequently shipped narcotics to SUBJECT DTO customers, making him a member of a drug-trafficking conspiracy in violation of 21 U.S.C. § 846.

25. As of October 1, 2025, law enforcement has made approximately 12 UC drug purchases from the SUBJECT DTO, most of which have either field-tested positive, or have confirmed lab results for controlled substances. Furthermore, USPS business records indicate that between October 1, 2024, and October 1, 2025, approximately 3,340 parcels suspected to be associated with SUBJECT DTO drug have been mailed from the Austin, Texas area. On September 23, 2025, the Honorable Dustin Howell, United States Magistrate Judge in the Western District of Texas, signed a search warrant authorizing the continued use of a GPS tracker for 45 days on the TARGET VEHICLE. *See In the Matter of the Tracking of 2015 Chevrolet Silverado, Bearing Texas License Plate Number RWT4459 and VIN 3GCPCREC2FG118360*, 1:25-MJ-00923 (W.D. Tx. Sept. 23, 2025). GPS tracker data indicates that FLORES continues to visit SUSPECT ADDRESS 1 and SUSPECT ADDRESS 2, before

visiting Austin based post offices, as recently as October 16, 2025. Thus, this conspiracy continues its activities to present day.

## CONCLUSION

26. Based on the foregoing, I believe that between as early as October 2024 through present, Felix Samuel FLORES-Novas and others have conspired to distribute a variety of narcotics, including methamphetamine and psilocybin, in violation of 21 U.S.C. § 846. As a result, I respectfully request that a criminal complaint and arrest warrant be issued for Felix Samuel FLORES-Novas.

27. I further request that the Court seal the criminal complaint, the affidavit in support thereof, and the warrant, except that copies of the complaint and warrant in full or redacted form may be maintained by the United States Attorney's Office and may be served on law enforcement officers as necessary to effectuate the warrant. These documents pertain to and discuss an ongoing criminal investigation that is neither public nor known to all the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize the investigation. Sealing these documents will also better ensure the safety of agents and others.

Andrew Pinney-Tourtellotte by CJS w/ permission

Andrew Pinney, Postal Inspector
U.S. Postal Inspection Service

Sworn to by the Affiant via FaceTime and subscribed for the Affiant with his consent this 31st day of October, 2025.

**Signed By:**
***Candace J. Smith*** CJS
**United States Magistrate Judge**